Esther Rosenblum, an Infant, etc., v. Melville A. Stern and Another, as Executors and Trustees, etc., of Louis Stern, Deceased.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Rose Zeisler v. Samuel Feinstein.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Gertrude G. Murry v. John Frederick Murry.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Daniel J. McKenna v. Louise M. Meehan, Also Known as "Lulu M. Meehan."— Motion granted on condition that appeal is promptly brought on for argument. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Nan Scully v. Bonwit Teller & Co.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Bird S. Coler, as Commissioner of Public Welfare of The City of New York, on Complaint of Claire Cosgrove, v. Charles A. Rosengren.— Preference granted for October 19, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Judicial Settlement of the Account of Chatham Phenix National Bank·and Trust Company, as Successor Trustee, etc., of Emile A. Thomas, Deceased.— Preference granted for October 20, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Frank D. Williams and Others, as Committee of Holders of Series "B" Bonds, etc., v. East River National Bank.— Motion for preference denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Esther Silber v. Abraham Silber.— Motion denied and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Amalgamated Tire Stores Corporation v. Williams Tire Co., Inc.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Petition of Morris & Samuel Meyers to Be Relieved as Attorneys for Respondent, and for Determination and Enforcement of Their Lien upon Causes of Action of Plaintiff in Four Actions.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Thomas H. Symington v. Ida May Symington.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

The People of the State of New York v. Arthur Gross.— Preference granted for November 16, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

The People of the State of New York v. Louis Grubbe.— Preference granted for October 19, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

David J. Bondy v. Albert J. Harvey, Impleaded, etc.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Ray Stern, as Administratrix, etc., of Solomon Stern, Deceased, v. Metropolitan Life Insurance Company.— Preference granted for November 3, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Judson C. Fisher, as Administrator, etc., of Walter L. Williams, Deceased, v. Edward Moir.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.